**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7414**

———————

WILLIAM M. BRYSON, JR.,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Anderson.  Henry M. Herlong, Jr., District Judge.  (CA-03-2721-8-20)

———————

Submitted: February 19, 2004          Decided: February 25, 2004

———————

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William M. Bryson, Jr., Appellant Pro Se.  Mark C. Moore, Assistant United States Attorney, Columbia, South Carolina; Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William M. Bryson, Jr., appeals from the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. See United States v. Morgan, 346 U.S. 502, 511 (1954) (finding writ available only to correct fundamental error where no other remedy is available); United States v. Mandel, 862 F.2d 1067, 1075 (4th Cir. 1988) (same); United States v. Taylor, 648 F.2d 565, 572 (9th Cir. 1981) (writ available where direct appeal pending only in extraordinary circumstances). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED